1

2

3                    IN THE UNITED STATES DISTRICT COURT

4              FOR THE EASTERN DISTRICT OF CALIFORNIA

5   UNITED STATES OF AMERICA,        ) Case No. 1:08CR00137 AWI
                                     )
6   Plaintiff,                       ) APPLICATION AND ORDER PERMITTING
                                     ) DEFENDANT'S ABSENCE FROM THE
7   vs.                              ) PROCEEDINGS
                                     )
8   ELIZABETH GUTIERREZ              )
                                     )
    Defendant.                       )
9   _____   )

10                              APPLICATION

11         Defendant ELIZABETH GUTIERR has filed her waiver of the right to  be present

12  in person at the hearing of any motion or other  proceeding  in this case, including trial

13  setting,  trial  confirmation, hearing, the ordering of a continuance, or any other action

14  taken by  the  Court before trial, except upon  arraignment  and  plea, impaneling of jury

15  and imposition of sentence.  Defendant thereby requested that  the Court proceed during

16  her every absence which the Court may permit pursuant to the waiver, and she further

17  agreed that  her interests will be deemed protected and  represented  at all times by the

18  presence of her attorney, STEPHEN MENSEL, to the same extent as if defendant were

    personally present.

19
           Defendant further agreed to be present in court and ready  for trial  at  any date
20
    and time which the Court may fix in  her  absence.

21
           Defendant seeks this permission and order because she has secured employment
22
    which requires working hours in the Turlock area of Monday through Saturday from 6 am

23  to 5 pm. Defendant must work in order to pay for all of the necessaries of life, including

RECYCLED

1

2   food, lodging, and transportation. The particulars of her employment are on file with the

3   Pretrial Services Office.

4        The Plaintiff does not object to the order.

5   Dated:  June 10, 2008
                              s/STEPHEN MENSEL, Attorney for
6                              Defendant ELIZABETH GUTIERREZ

7
                              ORDER
8
         The COURT hereby permits the defendant's absence from the proceedings as
9
    set forth herein.
10

11        IT IS SO ORDERED.

12

13   **Dated:    June 10, 2008            /s/ Anthony W. Ishii**

14                              UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

RECYCLED