STEPHEN MENSEL, Calif. Bar No. 55926
Attorney and Counsellor at Law
1221 Van Ness Avenue, Suite 305
Fresno, CA 93721-1720
Telephone: 559.237.2600

Attorney for Defendant
ELIZABETH GUTIERREZ

## IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ELIZABETH GUTIERREZ <br> Defendant. | Case No. 1:08CR00137 AWI <br><br> APPLICATION AND ORDER PERMITTING DEFENDANT'S ABSENCE FROM THE PROCEEDINGS |

### APPLICATION

Defendant ELIZABETH GUTIERR has filed her waiver of the right to  be present in person at the hearing of any motion or other  proceeding  in this case, including trial setting, trial  confirmation, hearing, the ordering of a continuance, or any other action taken by  the Court before trial, except upon  arraignment  and  plea, impaneling of jury and imposition of sentence.  Defendant  thereby requested that  the Court proceed during her every absence which the Court may permit pursuant to the waiver, and she further  agreed that  her interests will be deemed protected and  represented  at all times by the presence of her attorney, STEPHEN MENSEL, to the same extent as if defendant were personally present.

Defendant further agreed to be present in court and ready  for trial  at  any date and time which the Court may fix in  her  absence.

Defendant seeks this permission and order because she has secured employment which requires working hours in the Turlock area of Monday through Saturday from 6 am to 5 pm. Defendant must work in order to pay for all of the necessaries of life, including food,

lodging, and transportation. The particulars of her employment are on file with the Pretrial Services Office.

The Plaintiff does not object to the order.

Dated:  June 10, 2008

s/STEPHEN MENSEL, Attorney for
Defendant ELIZABETH GUTIERREZ


ORDER

The COURT hereby permits the defendant's absence from the proceedings as set forth herein.


IT IS SO ORDERED.


**Dated:    June 13, 2008**              **/s/ Anthony W. Ishii**

UNITED STATES DISTRICT JUDGE

RECYCLED