# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



**FILED**

SEP 0 2 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

|  |  |
|---|---|
| United States of America ) | |
| vs. ) | Case No. |
| Elizabeth Gutierrez ) | 1:08cr00137-AWI-2 |
| ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Elizabeth Gutierrez_____, have discussed with _____Jacob M. Scott_____, Pretrial Services Officer, modifications of my release conditions as follows:

To vacate the following condition: You shall participate in a program of medical or psychiatric treatment including treatment for drug and/or alcohol dependency, and pay for costs as approved by the Pretrial Services officer. All other previously imposed conditions of release, not in conflict with this order, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 9/2/08            _____ 9/2/08
Signature of Defendant    Date            Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                    9-2-08
Signature of Assistant United States Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                    9/2/08
Signature of Defense Counsel              Date

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on   9/2/08
☐ The above modification of conditions of release is *not* ordered.

_____                    9/2/08
Signature of Judicial Officer            Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services