STEPHEN MENSEL
Attorney at Law, Cal. Bar No. 55926
1221 Van Ness Ave., Suite 305
Fresno, CA 93721.1720
Telephone: 559.237.2600

Counsel for Defendant
ELIZABETH GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ELIZABETH GUTIERREZ,<br><br>Defendant. | Case No.  1:08cr00137 AWI<br><br>STIPULATION AND ORDER FOR CONTINUANCE |

It is hereby stipulated that the date for sentencing be continued from January 5, 2009, 9:00 a.m., to January 20, 2009, 9:00 a.m. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including the need for time for effective assistance of counsel pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED: 12/30/08        /s/Stephen Mensel
                                   STEPHEN MENSEL
                                   Attorney for Defendant

DATED: 12/30/08        McGREGOR W. SCOTT, United States Attorney

                                   /s/
                                   By KIMBERLY A. SANCHEZ
                                   Assistant United States Attorney

## ORDER

IT IS SO ORDERED.

Dated:   December 31, 2008         /s/ Anthony W. Ishii

CHIEF UNITED STATES DISTRICT JUDGE