1  STEPHEN MENSEL
   Attorney at Law, Cal. Bar No. 55926
2  1221 Van Ness Ave., Suite 305
   Fresno, CA 93721.1720
3  Telephone: 559.237.2600

4  Counsel for Defendant ELIZABETH GUTIERREZ

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:08-CR-0137-AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER FOR CONTINUANCE |
| v. | ) | |
| ELIZABETH GUTIERREZ, | ) | |
| Defendant. | ) | |

It is hereby stipulated that the date for sentencing be continued from January 20, 2009, 9:00 a.m., to February 9, 2009, 9:00 a.m.  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including the need for time for effective assistance of counsel pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED: 01.15.09       /s/Stephen Mensel
                      STEPHEN MENSEL
                      Attorney for Defendant

DATED: 01.15.09       LAWRENCE G. BROWN, United States Attorney

                      /s/Kimberly A. Sanchez
                      By KIMBERLY A. SANCHEZ
                      Assistant United States Attorney

## ORDER

IT IS SO ORDERED.

**Dated:   January 16, 2009**          **/s/ Anthony W. Ishii**
                                       CHIEF UNITED STATES DISTRICT JUDGE