STEPHEN MENSEL, Calif. Bar No. 55926
Attorney and Counsellor at Law
1221 Van Ness Avenue, Suite 305
Fresno, CA 93721-1720
Telephone: 559.237.2600

Attorney for Defendant
ELIZABETH GUTIERREZ

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:08-CR-00137-AWI |
| Plaintiff, | APPLICATION AND ORDER FOR CORRECTION OF ERROR IN JUDGMENT AND SENTENCE |
| v. | |
| ELIZABETH GUTIERREZ, | |
| Defendant. | |

## APPLICATION

Defendant ELIZABETH GUTIERREZ through her attorney requests the court correct a clear error in her sentence pursuant to Rule 35(a) Federal Rules of Criminal Procedure. Her attorney in error advised the court that the recommended institution, Antelope Valley Facility, would provide the ordered 500 hour drug program. It does not.

On account of the foregoing, counsel requests the court insert in place of the erroneous facility the following: FCI DUBLIN or SPC PHOENIX.

///
///
///
///
///

Counsel apologizes for the mistake. The Plaintiff does not object to the order.

Dated: April 15, 2009          /s/Stephen Mensel
STEPHEN MENSEL, Attorney for
Defendant ELIZABETH GUTIERREZ

**ORDER**

The COURT ORDERS the Judgment entered April 14, 2009, be corrected by deleting ANTELOPE VALLEY FACILITY and inserting in its place "FCI DUBLIN or SPC PHOENIX."

IT IS SO ORDERED.

**Dated: April 15, 2009**          /s/ **Anthony W. Ishii**
CHIEF UNITED STATES DISTRICT JUDGE