```
1  LAWRENCE G. BROWN
   Acting United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
```

FILED

JUL 02 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

S. MARTIN

SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:08-cr-137 AWI |
|---|---|---|
| Plaintiff, | ) | EX PARTE MOTION TO SEAL |
| | ) | INDICTMENT PURSUANT |
| v. | ) | TO RULE 6(e), FEDERAL |
| | ) | FEDERAL RULES OF |
| VICTOR BUITRON LOPEZ, et al. | ) | CRIMINAL PROCEDURE |
| Defendants. | ) | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Superseding Indictment returned by the Grand Jury on July 2, 2009, charging the above defendants with a violation of Title 21, United States Code, Sections 846 and 841(a)(1) - Conspiracy to Distribute and Possess With the Intent to Distribute Methamphetamine and other charges be kept secret until the defendants named in the Indictment are either in custody or have been given bail on these offenses; and further order that until such time as the defendants are in custody or have been given bail, that no person shall disclose the findings of the Indictment or any warrants issued

1

1 | pursuant thereto, except when necessary for the issuance and
2 | execution of the warrants.
3 | DATED: July 2, 2009                    Respectfully submitted,
4 |                                         LAWRENCE G. BROWN
                                            Acting United States Attorney
5 |                                  By    /s/ Kimberly A. Sanchez
6 |                                         KIMBERLY A. SANCHEZ
                                            Assistant U.S. Attorney
7 |
8 | IT IS SO ORDERED this  2  day of July, 2009
9 |
10|                                         _____
                                            U.S. Magistrate Judge